THE INDIANAPOLIS AND CINCINNATI RAILROAD Co. v. BRINKMAN.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—The same question is presented in this as in that of the same appellant against *Wilsey,* at this term, [*supra,*] in relation to refusal of the Court to dismiss the cause because of the failure of the justice to record the cause of action in full length.

The judgment is affirmed, with 5 per cent. damages and costs.

*Thomas A. Hendricks, Oscar B. Hord,* and *Scobey & Pound,* for the appellant.

*R. L. Walpole,* for the appellee.

